UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
WALLER CAPITAL PARTNERS, LLC, :
: **ORDER REGARDING**
Plaintiff, : **PLAINTIFF'S JURISDICTION**
:
-against- : 08 Civ. 8940 (AKH)
:
PUERTO RICO CABLE HOLDING COMPANY :
INC., :
:
Defendant. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties shall make a submission by September 4, 2009 at noon demonstrating, by facts, that diversity of citizenship exists between the parties, in light of the rulings in Carden v. Arkoma Assocs., 494 U.S. 185, 195-96 (1990) and Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 53 (2d Cir. 2000).

SO ORDERED.

Dated:   New York, New York
         August 31, 2009

_____
ALVIN K. HELLERSTEIN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/09