UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

WALLER CAPITAL PARTNERS, LLC,                        No. 08-CIV-8940 (AKH)

        Plaintiff,

   v.

PUERTO RICO CABLE HOLDING
COMPANY INC.,
        Defendant.
----------------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Waller Capital Partners, LLC, by its attorneys, and defendant Puerto Rico Cable Holding Company Inc., by its attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

| WALLER CAPITAL PARTNERS, LLC<br>By its attorneys, | PUERTO RICO CABLE HOLDING<br>COMPANY INC.<br>By its attorneys, |
|---|---|
| /s/ Gabriel M. Nugent<br>Robert J. Lanza<br>Gabriel M. Nugent<br>Jon P. Devendorf<br>Kathryn D. Cornish<br>Hiscock & Barclay, LLP<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202-4878<br>(315) 425-2836 (tel)<br>(315) 703-7361 (fax)<br>rlanza@hblaw.com<br>gnugent@hblaw.com<br>jdevendorf@hblaw.com<br>kcornish@hblaw.com<br><br>Dated: November 9, 2009 | /s/ Stephanie A. Bruce<br>Steven M. Cowley (admitted *pro hac vice*)<br>Stephanie A. Bruce (admitted *pro hac vice*)<br>Edwards Angell Palmer & Dodge LLP<br>111 Huntington Avenue<br>Boston, MA 02199-7613<br>(617) 239-0100 (tel.)<br>(617) 227-4420 (fax)<br>scowley@eapdlaw.com<br>sbruce@eapdlaw.com<br><br>Andre K. Cizmarik<br>Edwards Angell Palmer & Dodge LLP<br>750 Lexington Avenue, 8th floor<br>New York, NY 10022<br>(212) 308-4411<br>acizmarik@eapdlaw.com<br><br>Dated: November 9, 2009 |

BOS111 12432666.1